UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Melissa Simmons                    ,

Plaintiff(s),

v.

Nurx, Inc. and Thirty Madison    ,

Defendant(s).

Case No.  4:24-cv-000069-HSG

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Karen Hockstad_____, an active member in good standing of the bar of
_____Ohio_____, hereby respectfully apply for admission to practice pro hac
vice in the Northern District of California representing: Nurx, Inc. and Thirty Madison, In in the
above-entitled action. My local co-counsel in this case is Christopher Bennett Ghio_____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.  Local co-counsel's bar number is:  259094_____.

191 W. Nationwide Blvd., Ste 200, Columbus, OH 43215
MY ADDRESS OF RECORD

(614) 628-6880
MY TELEPHONE # OF RECORD

karen.hockstad@dinsmore.com
MY EMAIL ADDRESS OF RECORD

655 W. Broadway, Ste 800, San Diego, CA 92101
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(619) 400-0500
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

christopher.ghio@dinsmore.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is:  0061308_____.

A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _0_____ times in the 12 months
preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 01/31/2024                                    Karen Hockstad

5                                                       APPLICANT

6

7

8                        ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Karen Hockstad          is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____ 1/31/2024 _____

16

17

18                                    UNITED STATES DISTRICT **JUDGE**

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Updated 11/2021                                    2

 # THE SUPREME COURT *of* OHIO

### CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Karen Sue Hockstad**
Attorney Registration No. **0061308**

was admitted to the practice of law in Ohio on May 17, 1993; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 6th day of November, 2023.

GINA WHITE PALMER
*Director, Attorney Services Division*

Kirstyn Moyers, *Attorney Services Specialist*
*Office of Attorney Services*

No. 2023-11-06-1
Verify by email at GoodStandingRequests@sc.ohio.gov

## **COURT ADMISSIONS**

### **KAREN S. HOCKSTAD**

| | | |
|---|---|---|
| State of Ohio | Admitted 5/17/1993 | Bar #0061308 |
| State of Michigan | Admitted 11/13/1992 | Bar #P47409 |
| State of Illinois | ADRC No.: 0061308 | Bar #0061308 |
| U.S. District Court, S.D. Ohio | Admitted 7/13/1994 | |
| U.S. District Court, N.D. Ohio | Admitted 8/18/2009 | |
| U.S. District Court, W.D. Washington | Admitted 3/5/2020 | |
| U.S. District Court, W.D. Michigan | Admitted prior to 5/27/2020 | |
| U.S. District Court, E.D. Michigan | Admitted prior to 5/27/2020 | |
| U.S. District Court, S.D. Illinois | Admitted 3/22/2016 | |
| U.S. District Court, N.D. Illinois | Admitted 5/13/2013 | |
| U.S. District Court, Colorado | Admitted 2/5/2021 | |
| U.S. District Court, E.D. Wisconsin | Admitted 2/9/2022 | |
| U.S. District Court, Georgia | Admitted 8/6/2020 | |
| U.S. District Court Nebraska | Admitted 8/10/2021 | |
| U.S. District Court, C.D. California | Admitted 4/3/2020 | |
| Sixth Circuit Court of Appeals | Admitted 9/30/1996 | |
| U.S. Tax Court | | |